**Order entered February 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellant's February 8, 2019 motion for extension of time to file a reply brief. We **GRANT** the motion to the extent we **ORDER** the reply brief due **March 15, 2019**. This appeal is at issue and may be set for submission at any time.

/s/     KEN MOLBERG
        JUSTICE